UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 18-cr-20151-16
Hon. Matthew F. Leitman

v.

D16, ANNINA BANKS,

      Defendant.

_____/

## ORDER GRANTING MOTION TO EXTEND REPORT DATE

Before the Court is Defendant Annina Banks' motion to extend report date (ECF No. 475), filed October 5, 2021. The Court having reviewed and considered the motion; **IT IS HEREBY ORDERED** that defendant Annina Banks shall surrender for service of her sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on November 22, 2021.

**IT IS FURTHER ORDERED** that defendant shall remain on bond until she reports to the Bureau of Prisons and that all terms and conditions of release shall remain as previously ordered by this Court.

**IT IS SO ORDERED.**

      /s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: October 6, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 6, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
